HATFIELD, Appellant, v. COLE, Respondent.

(Common Pleas of New York City and County, General Term. May 11, 1894.)

Action by Charles William Haddock Hatfield against Alfred B. Cole, individually, etc.

Argued before DALY, C. J., and BOOKSTAVER and PRYOR, JJ.

W. H. Knox, for appellant.

C. Fine, for respondent.

No opinion. Ordered that the order appealed from be reversed, with costs.

---

LAMBERT, Appellant, v. CARR et al., Respondents.

(Common Pleas of New York City and County, General Term. May 11, 1894.)

Action by Henry A. Lambert against George W. Carr and others.

Argued before DALY, C. J., and BOOKSTAVER and PRYOR, JJ.

Wm. A. Abbott, for appellant.

Cantor & Van Schaiek, for respondents.

No opinion. Ordered that the order be reversed, with costs.

---

McGUIRE v. ANLETA et al.

(Common Pleas of New York City and County, General Term. May 16, 1894.)

Action by Mary A. McGuire, as executrix, against Agnesa Anleta and others.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

T. J. McKee, for plaintiff.

F. J. Moissen, for defendants.

No opinion. Taxation affirmed. The cases referred to are not applicable to an action for partition.

---

ALLEN, Respondent, v. CLARK, Appellant.

(Common Pleas of New York City and County, General Term. May 17, 1894.)

Action by John Allen against Francis A. Clark.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

S. Lobenthal, for appellant.

Earley & Prendergast, for respondent.

PER CURIAM. It is clear that we cannot review the evidence in order to determine whether there is a preponderance on the one side or the other. The general term of the city court has passed upon that, and its decision is final. The claim that the verdict is against the preponderance of evidence admits that there is some evidence to support the verdict. There is no other question raised in the points of the appellant, and the judgment must be affirmed, with costs.